**RONAI & RONAI, LLP**
ATTORNEYS AT LAW

THE RONAI BUILDING
34 ADEE STREET
PORT CHESTER, NY 10573
TELEPHONE (914) 824-4777

January 19, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Szoke v. Ruan
  Case No.: 20-cv-05274-BMC

Your Honor:

We represent plaintiff Szabolcs Szoke in the above referenced action.

Unfortunately, our calendar clerk, who no longer works here as of January 8, 2021, had entered today's initial telephone conference as 1:30PM instead of 11:30AM. I was ready to appear and was completely surprised when I received the Order via e-mail sanctioning us $350.00.

I assure you that our non-appearance was unintentional and we sincerely apologize for the mistake.

Respectfully yours,

Peter Ronai (PR3228)

NEW YORK, NEW YORK   •   STAMFORD, CONNECTICUT
